UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

OLIVER E. LEVITT,

    Plaintiff,

v.        Case No.: 2:18-cv-36-FtM-38MRM

MARTI IOVINE, ANGELA J. PRUITT, GREGORY K. ADKINS, THE SCHOOL DISTRICT OF LEE COUNTY,

    Defendants.
_____/

## ORDER

This matter is before the Court on *sua sponte* review of the file. This case is set for the December 2019 trial term. Because of the Court's calendar and per its authority to manage its civil case docket, however, the Court must reschedule trial for the February 2020 term.

Accordingly, it is

**ORDERED:**

The Clerk is **DIRECTED** to reschedule this case for the **February 2020 trial term** with a **January 24, 2020** final pretrial conference at 9:30 a.m. before the undersigned.

**DONE** and **ORDERED** in Fort Myers, Florida this 7th day of October 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record